UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00066-FDW-DSC

| | |
|---|---|
| BILLY D. FLOYD, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| COMMISSIONER OF INTERNAL REVENUE SERVICE, | ) |
| Defendant. | ) |

THIS MATTER is before the Court following Plaintiff's request that the Court enter an injunction pending appeal pursuant to Federal Rule of Civil Procedure 62(c). This request was contained in Plaintiff's notice of appeal filed on August 3, 2010. Plaintiff has not filed a proper motion under Rule 62(c) and has failed to presented any argument or support for his position that the Court should enter an injunction. Since the Plaintiff has not made the necessary showing to obtain an injunction, the Court DENIES Plaintiff's request.

The Clerk is directed to send a copy of this Order to Plaintiff's address of record, which is Billy D. Floyd, P.O. Box 1225, Indian Trail, North Carolina, 28079, and to the Fourth Circuit Case Manager, Brian Bain.

IT IS SO ORDERED.

Signed: October 5, 2010

Frank D. Whitney
United States District Judge